UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIAN R. MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>MEGAN J. BRENNAN,<br><br>    Defendant. | Case No. 15-cv-03308-JSC<br><br>**ORDER DENYING IFP APPLICATION AND MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. Nos. 2, 3 |

Plaintiff Kian McCarthy ("Plaintiff"), proceeding pro se, brings this action against Megan J. Brennan in her capacity as Postmaster General of the United States Postal Service ("Defendant"). Before the Court are Plaintiff's Application to Proceed In Forma Pauperis and Motion to Appoint Counsel. (Dkt. Nos. 2, 3.)

The Court DENIES Plaintiff's application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915. (Dkt. No. 2.) In his financial affidavit, Plaintiff lists a bank account, but the balance is low, as well as significant debt stemming from prior legal fees, dental care expenses, and other substantial financial obligations. But Plaintiff also states that he is presently employed, has other sources of income including a thrift savings plan, and owns a $1,000,000 home as well as a car. On the whole, the Court concludes that Plaintiff has sufficient assets to pay the $400 fee to file an action. **Plaintiff shall pay the filing fee on or before August 10, 2015**. Failure to comply with this Order may result in the dismissal of this action without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Plaintiff also requests the appointment of counsel based on his indigent status. (Dkt. No. 3.) Plaintiff provides no other justification for the appointment of counsel. District courts have discretion to 'request' that an attorney represent indigent civil litigants upon a showing of

exceptional circumstances.  *See* 28 U.S.C. § 1915(e)(1); *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) ("The decision to appoint such counsel is within the sound discretion of the trial court and is granted only in exceptional circumstances.").  Here, the Court has already concluded that Plaintiff does not qualify as indigent for the purposes of proceeding in this action IFP.  Nor has Plaintiff demonstrated that "exceptional circumstances" warrant appointment of counsel.  Accordingly, the Court DENIES Plaintiff's motion to appoint counsel.

The Court encourages Plaintiff to seek free assistance from the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102 or the Help Desk at the Oakland Federal Courthouse, 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612.  Appointments can be made in person or by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated:  July 24, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge