UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIAN R. MCCARTHY,<br>　　　　Plaintiff,<br>　　v.<br>MEGAN J. BRENNAN,<br>　　　　Defendant. | Case No.  15-cv-03308-JSC<br><br>**ORDER** |

Plaintiff Kian R. McCarthy, proceeding pro se, brings this action against Megan J. Brennan in her capacity as Postmaster General of the United States Postal Service ("Defendant'). The Court previously denied Plaintiff's application to proceed in forma pauperis ("IFP") and, accordingly, ordered Plaintiff to pay the filing fee in this case by August 10, 2015. (Dkt. No. 7.) The deadline has passed, but as of the date of this Order, Plaintiff has not paid the filing fee. Plaintiff is ORDERED to pay the filing fee for this case by **August 27, 2015**. This is a generous extension of Plaintiff's deadline to do so, and failure to comply with this Order will subject the action to dismissal without prejudice. *See* Fed. R. Civ. P. 41(b) (providing that dismissal may be appropriate "[i]f the plaintiff fails to . . . comply with a court order"); *Huang v. Bell*, No. C 09-5099 JF (PVT), 2010 WL 1222629, at *1 (N.D. Cal. Mar. 24, 2010) (dismissing case without prejudice for failure to pay the filing fee as ordered).

　　**IT IS SO ORDERED.**

Dated: August 13, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge