UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIAN R. MCCARTHY,<br>    Plaintiff,<br>    v.<br>MEGAN J. BRENNAN,<br>    Defendant. | Case No. 15-cv-03308-JSC<br><br>**ORDER RE: SUMMONS** |

Plaintiff Kian R. McCarthy, proceeding pro se, brings this action against Megan J. Brennan in her capacity as Postmaster General of the United States Postal Service ("Defendant"). Plaintiff filed the instant complaint on July 16, 2015. (Dkt. No. 1.) The Court previously denied Plaintiff's application to proceed in forma pauperis ("IFP") and, accordingly, ordered Plaintiff to pay the filing fee. (Dkt. No. 7.) The record now reflects that Plaintiff timely paid the filing fee in accordance with the Court's Order. (*See* Dkt. No. 9.)

However, Plaintiff did not attach a proposed summons to his complaint, the Clerk's Office has not issued a summons, and Defendant has not yet been served. Federal Rule of Civil Procedure 4 governs service of a complaint and summons in federal court. It is the plaintiff's obligation to present a summons to the Clerk of Court for signature and seal. Fed. R. Civ. P. 4(b). If the summons is properly completed, then the Clerk's Office issues it to the plaintiff for service on the defendant. *Id.* "The plaintiff is responsible for having the summons and complaint served" within 120 days after the complaint is filed, unless the plaintiff shows good cause for its failure to serve a defendant. Fed. R. Civ. P. 4(c), (m). Thus, it is Plaintiff's responsibility to obtain a summons from the Clerk of Court and timely serve Defendant, and failure to do so may result in dismissal. *See* Fed. R. Civ. P. 4(m); *Arim v. First Horizon Home Loans*, No. C 11-01544 LB,


2012 WL 6783559, at *1 (N.D. Cal. Dec. 17, 2012).

In light of the fact that Plaintiff has not yet obtained a summons, the case management conference currently set for October 15, 2015 is CONTINUED to December 17, 2015 at 1:30 p.m., before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco. A case management conference statement shall be filed seven days prior to the conference.

The Court encourages Plaintiff to seek free legal assistance from the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco CA 94102, or the Help Desk at the Oakland Federal Courthouse, 1301 Clay Street, 4th Floor, Room 470S, Oakland CA 94612. Appointments can be made in person or by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2