UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIAN R. MCCARTHY,<br>　　　　Plaintiff,<br>　　v.<br>MEGAN J. BRENNAN,<br>　　　　Defendant. | Case No.  15-cv-03308-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

　　Plaintiff's request to continue the case management conference (Dkt. No. 12) set for December 17, 2015 is granted.  The case management conference is continued to February 25, 2016 at 1:30 p.m., in Courtroom  F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco. A case management conference statement shall be filed seven days prior to the conference.

　　**IT IS SO ORDERED.**

Dated: November 13, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge